**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ADOLPHUS LASUFORLON BURNEY,

                Plaintiff,

vs.                                  Case No. 3:11-cv-1230-J-32JRK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

This cause is before the Court sua sponte. On December 13, 2011, Plaintiff initiated this action by filing a Complaint (Doc. No. 1); and an Affidavit of Indigency (Doc. No. 2), which was subsequently construed as a Motion to Proceed In Forma Pauperis. Plaintiff was granted in forma pauperis status on December 15, 2011. See Order (Doc. No. 5). On February 22, 2012, a Scheduling Order (Doc. No. 13) was entered, in which Plaintiff was directed to file a memorandum in support of the allegations contained in the Complaint by April 23, 2012. Also on February 22, 2012, an Order (Doc. No. 12) was entered advising Plaintiff, who is proceeding pro se, of some but not all of the procedural rules with which he must comply.

Plaintiff failed to timely file a memorandum. Therefore, on May 9, 2012, an Order to Show Cause (Doc. No. 14) was entered directing Plaintiff to file a memorandum and a

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual allegations on appeal.

written show cause response no later than June 1, 2012. In that Order, Plaintiff was advised that his failure to respond could result in this case being dismissed for failure to prosecute pursuant to Local Rule 3.10(a).

A review of the docket reflects that Plaintiff has failed to comply with the Court's directives. Plaintiff has been given adequate time to respond to the Court's Order, but Plaintiff has failed to do so. After due consideration, it is

**RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2. That the Clerk of Court be directed to close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on June 26, 2012.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

jld
Copies to:
Pro se party
Counsel of Record