**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ADOLPHUS LASUFORLON BURNEY,

        Plaintiff,

vs.                                      Case No. 3:11-cv-1230-J-32JRK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

Upon review of the file, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 15), to which no objections have been filed, is **ADOPTED** in full as the opinion of the Court.

2. Plaintiff's case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a).

3. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of July, 2012.

                                                          TIMOTHY J. CORRIGAN
                                                          United States District Judge

mg.
Copies:

counsel of record